**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| **JAMES CHIPMAN,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **Case No.: 4:26-cv-00209** |
| ) | |
| **CITY OF ST. CHARLES, MISSOURI,** ) | |
| **and ST. CHARLES HOUSING** ) | |
| **AUTHORITY** ) | |
| ) | |
| ) | |
| ) | |

**JOINT STIPULATION FOR REMAND**

COME NOW Plaintiff James Chipman ("Plaintiff"), Defendant Housing Authority of the City of St. Charles[1] ("Housing Authority"), and Defendant City of St. Charles, Missouri ("City of St. Charles") (collectively "the Parties"), by and through their undersigned counsel, and pursuant to this Court's March 17, 2026 Order [ECF 29], state as follows:

Plaintiff's initial complaint contained Count II, which alleged Plaintiff engaged in protected activity under 24 C.F.R. Part 964, and which Defendants believed contained a basis for federal jurisdiction. On March 17, 2026, Plaintiff voluntarily amended his Complaint removing the allegations of Count II. Following discussions, the Parties hereby stipulate that Plaintiff is not maintaining, and does not seek relief under, any federal statute or regulation; and shall not, in this action at any point in the future, assert any such claim or seek relief that would provide this Court subject matter jurisdiction; including subject matter jurisdiction under the 28 U.S.C. §1331.

---

[1] Housing Authority of the City of St. Charles was improperly identified as the "St. Charles Housing Authority" in Plaintiff's Petition

WHEREFORE, in consideration of the foregoing, the Parties respectfully request and hereby stipulate to a remand of this action to the Circuit Court of St. Charles County, Missouri. The Parties hereby further stipulate that all Parties shall bear their owns costs including, without limitation, their respective attorneys' fees.  Further, Plaintiff hereby waives any claim for attorneys' fees under 28 U.S.C. §1447.

Respectfully Submitted,


MCMAHON BERGER, P.C.,

*/s/ John J. Marino, Jr.*
John J. Marino, Jr., ARN 58957MO
Blaise M. Beebe, ARN 74561MO
2730 North Ballas Road, Suite 200
P.O. Box 31901
St. Louis, MO  63131-3039
(314) 567-7350 – Telephone
(314) 567-5968 – Facsimile
marino@mcmahonberger.com
beebe@mcmahonberger.com
*Attorneys for Defendant*
*Housing Authority of the City of St. Charles*


CITY OF ST. CHARLES, MISSOURI

/s/   Bryan E. Wise
Bryan E. Wise, E.D. #72543MO
Assistant City Attorney
200 N. Second Street, Suite 401B
St. Charles, MO 63301
(636) 949-3273
bryan.wise@stcharlescitymo.gov


*Attorney for Defendant,*
*City of St. Charles, Missouri*

LAW OFFICES OF JOAN M. SWARTZ

*/s/ Joan M. Swartz*
Joan M. Swartz
3348 Greenwood Blvd.
St. Louis, MO 63143
jms@jmsllc.com
Attorney for Plaintiff

SHAUGHNESSY LAW FIRM, LLC

*/s/ Ryan S. Shaughnessy*
Ryan S. Shaughnessy
100 N. Kingshighway Blvd.
Ste. 2310
St. Louis, MO 63108
rss@slfadvisors.com
Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

I certify that on March 30, 2026, I electronically filed the foregoing with the Clerk of the Court using the CMECF system which will send notification of such filing to the following:

Joan M. Swartz
Law Offices of Joan M. Swartz
3348 Greenwood Blvd.
St. Louis, MO 63143
jms@jmsllc.com
bmcdonough@jmsllc.com
Attorneys for Plaintiff

AND

Ryan S. Shaughnessy
Shaughnessy Law Firm, LLC
100 N. Kingshighway Blvd.
Ste. 2310
St. Louis, MO 63108
rss@slfadvisors.com
Attorney for Plaintiff

Bryan E. Wise
Assistant City Attorney
200 N. Second Street, Suite 401B
St. Charles, MO 63301
(636) 949-3273
bryan.wise@stcharlescitymo.gov

*Attorney for Defendant,*
*City of St. Charles, Missouri*


*/s/ John J. Marino, Jr.*