**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| JAMES CHIPMAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Case No. 4:26-CV-00209-SPM |
| | ) |
| CITY OF ST. CHARLES, MISSOURI, and | ) |
| ST. CHARLES HOUSING AUTHORITY, | ) |
| | ) |
| Defendants. | ) |

## ORDER REMANDING CASE

This matter is before the Court on the parties' Joint Stipulation for Remand (ECF No. 31). Plaintiff initially filed his Petition in the Circuit Court of St. Charles County, State of Missouri. Defendant removed the case to this Court, asserting that that this Court had subject matter jurisdiction under 28 U.S.C. § 1331 based on references to federal regulations in Plaintiff's claims. Plaintiff filed a motion to remand the case to state court, arguing that federal question jurisdiction does not exist because his claims arose exclusively under Missouri law. Thereafter, with leave of Court, Plaintiff filed an Amended Complaint that asserts only a single Missouri law claim that does not include any references to federal regulations. On March 30, 2026, the parties filed the instant stipulation, stipulating that Plaintiff is not seeking relief under any federal statute or regulation and requesting that the Court remand this action to the Circuit Court of St. Charles County, Missouri, with each party to bear its own costs and fees. Plaintiff further states that he waives any claim for attorneys' fees under 28 U.S.C. § 1447.

Because it is undisputed that the First Amended Complaint contains no claims that arise under federal law, and because no other basis for federal subject matter jurisdiction is present, the Court agrees with the parties that this Court does not have subject matter jurisdiction over

1

this action and it must be remanded. *See Royal Canin U. S. A., Inc. v. Wullschleger*, 604 U.S. 22, 25-26 (2025) ("When an amendment excises the federal-law claims that enabled removal, the federal court loses its supplemental jurisdiction over the related state-law claims. The case must therefore return to state court."). Accordingly,

**IT IS HEREBY ORDERED** that the parties' Joint Stipulation for Remand [ECF No. 31], which the Court construes as a joint motion to remand, is **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Remand [ECF No. 23] is **DENIED** as moot.

**IT IS FURHTER ORDERED** that the parties' Joint Motion to Stay Proceedings [ECF No. 32] is **DENIED** as moot.

**IT IS FINALLY ORDERED** that this action is **REMANDED** to the Circuit Court of St. Charles County, Missouri.

_____

SHIRLEY PADMORE MENSAH
UNITED STATES MAGISTRATE JUDGE

Dated this **31st** day of **March**, **2026**.